168 So.2d 823

**Clonie MAYON**

**v.**

**DELTA WELL LOGGING SERVICE, INC., and Travelers Insurance Company.**

**No. 47536.**

Dec. 1, 1964.

In re: Clonie Mayon applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 167 So.2d 418.

Writ denied. No error of law in the judgment of the Court of Appeal.

168 So.2d 823

**Succession of Louis GLYNN, Sr.**

**No. 47537.**

Dec. 1, 1964.

In re: Ellen Morgan applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 533.

Writ refused. The judgment is correct.